■ MARY S. WELCH, Appellant, v. GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LIMITED, Respondent.— Same decision and like cause of action as in companion case of Welch v. General Acc. Fire & Life Assur. Corp. (8 A D 2d 682).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMEN J. AMOROSO, Appellant.— Order reversed and matter remitted to the Erie County Court for further proceedings in accordance with the memorandum. Memorandum: In this coram nobis proceeding the defendant contends, among other things, that he was induced to plead guilty by the promise of an Assistant District Attorney that he would receive a suspended sentence and be placed on probation and directed to make restitution. Instead of the sentence he claims he was promised, he received a sentence of 5 to 10 years. Although his allegations of so-called fraud and deceit were not set forth too directly, we find them sufficient to raise the question. (People v. Robson, 285 App. Div. 1112; People v. Picciotti, 4 A D 2d 1004, affd. 4 N Y 2d 340.) The matter must be remitted to County Court so that the issue as to said alleged promise and defendant's claimed reliance thereon may be explored and determined at a hearing. In view of the allegations in the petition alleging disqualification of the sentencing Judge, the hearing should be held before another Judge. All concur. (Appeal from an order of Erie County Court denying defendant's motion for a writ of error, coram nobis, and denying his request for a hearing.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ JULIA HACHICK, as Administratrix of the Estate of ALBERT HACHICK, Deceased, Respondent, v. SYNTRON BUFFALO SALES Co., INC., Defendant, and JOHN C. DURK et al., Doing Business as McGRATH & DURKE HARDWARE, Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Niagara Trial Term for plaintiff and against defendant partnership in an action alleging negligence by bailor of power tool. The order denied a motion for a new trial.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ LILLIAN FRAZIER, Respondent, v. MONTGOMERY WARD AND Co., Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of evidence. All concur. (Appeal from a judgment of Oswego Trial Term for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ PAUL FRAZIER, Respondent, v. MONTGOMERY WARD AND Co., Appellant. — Same decision and like cause of action as in companion case of Frazier v. Montgomery Ward & Co. (8 A D 2d 683).

■ FRANCIS E. GILLOTTE et al., Doing Business as GILLOTTE BROS. CONTRACTING Co., Respondents, v. HUDNUT MOTELS, INC. et al., Appellants, et al., Defendants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Ontario Supreme Court for plaintiffs in an action to foreclose a mechanic's lien. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.